IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALSTOM TRANSPORTATION INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-02098-JMC |
| ) | |
| FEDERAL RAILROAD ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

The Court having considered the joint proposed briefing schedule, and good cause having been shown, it is hereby

ORDERED, that the following schedule shall be followed:

1. Oct. 8, 2024 — Defendants shall file their consolidated opposition to Plaintiff's motion for summary judgment combined with any cross-motion to dismiss or for summary judgment on or before this date.

2. Oct. 8, 2024 — Defendants shall file the certified list of the contents of the administrative record with the Court, and shall serve the administrative record on the Plaintiff, on or before this date.

3. Nov. 5, 2024 — Plaintiff shall file its consolidated reply in further support of its motion for summary judgment, combined with its response in opposition to any cross-motion to dismiss or for summary judgment, on or before this date.

4. Nov. 20, 2024 — Defendants shall file a reply brief in support of their cross-motion to dismiss or for summary judgment on or before this date.

5. Dec. 4, 2024 — In accordance with LCvR 7(n)(2), the parties shall jointly agree to the contents of an appendix containing portions of the administrative record cited or otherwise relied upon in any of the above memoranda and Plaintiff shall file it on or before this date.

6. The requirement that Defendants answer the Complaint is waived.

SO ORDERED this __26__ day of August, 2024.

_____
JIA M. COBB
United States District Judge