IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALSTOM TRANSPORTATION INC.,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 24-cv-2098 (JMC)<br>) |
| **FEDERAL RAILROAD ADMINISTRATION**, et al., | )<br>) |
| Defendants. | )<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that the undersigned attorney, James Bickford of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance and substitutes for Lisa A. Olson as lead counsel on behalf of the Federal Railroad Administration and its Administrator, the U.S. Department of Transportation and its Secretary, and the Attorney General of the United States in the above-captioned case.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

Date: April 21, 2025                                         *Counsel for Defendants*