UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALSTOM TRANSPORTATION, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>FEDERAL RAILROAD ADMINISTRATION, *et al.*,<br><br>                Defendants,<br>   and<br><br>SIEMENS MOBILITY, INC. & DESERTXPRESS ENTERPRISES, LLC d/b/a BRIGHTLINE WEST,<br>                Intervenor-Defendants. | Case No. 24-cv-2098 (JMC) |

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motions to dismiss for lack of subject matter jurisdiction, ECF 35, ECF 39, and ECF 44, are **GRANTED** and the case is **DISMISSED** without prejudice. The Plaintiff's motion for summary judgment and motions for a preliminary injunction, ECF 12, ECF 51, and ECF 75, along with the motions for a hearing and status conference, ECF 52 and ECF 53, are **DENIED** as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____<br>
JIA M. COBB<br>
United States District Judge

Date: December 16, 2025

1